# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Frank James McCauley<br>*Plaintiff*<br>v.<br>Commissioner of Social Security<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:16-cv-00326-RHW<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 15, DENIED.
Defendant's Motion for Summary Judgment, ECF No. 16, GRANTED.
Judgment for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on Plaintiff's Motion for Summary Judgment, ECF No. 15, DENIED. Defendant's Motion for Summary Judgment, ECF No. 16, GRANTED.

Date: 10/24/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler